Donald H. Cram III (State Bar Number 160004)
STINSON LLP
595 Market Street, Suite 2600
San Francisco, California 94105
Telephone:    415.398.3344
Facsimile:    415.956.0439
Email: don.cram@stinson.com

*Counsel for Live Oak Banking Company*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

IN RE:

MOUNT ACADIA SENIOR PROPERTIES LLC, a California limited liability company,

Debtor.

CHAPTER 11

Case No. 25-05308-JBM 11

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), Donald H. Cram III of the law firm of Stinson LLP hereby appears in the above-captioned bankruptcy as counsel for Live Oak Banking Company, and requests that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the contact information below.

> Donald H. Cram III
> STINSON LLP
> 595 Market Street, Suite 2600
> San Francisco, California 94105
> Telephone: 415.398.3344
> Email: don.cram@stinson.com

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) any right to have final orders in non-core matters entered

only after de novo review by a district court judge; (ii) any right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs or recoupments, in law or in equity, all of which rights, claims, actions, defenses, set-offs and recoupments are expressly reserved.

Dated:  December 29, 2025        STINSON LLP

/s/  *Donald H. Cram III*
Donald H. Cram III (State Bar Number 160004)
595 Market Street, Suite 2600
San Francisco, California 94105
Telephone:  415.398.3344
Facsimile: 415.956.0439
don.cram@stinson.com

**COUNSEL FOR LIVE OAK BANKING COMPANY**

2

CORE/3505040.0023/235989375.1